**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HAIMAN LU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. RADEL, U.S. Citizenship and Immigration Services Los Angeles Asylum Office Director,<br><br>　　　　　Defendant. | Case No. 8:24-cv-00330-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [9]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

///

///

///

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application [9] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **STAYED** from the date of this Order until **August 2, 2025**; and

2. If the above-captioned case has not been dismissed on or before August 2, 2025, the parties shall file a joint status report with the court on or before **August 9, 2025**.

**IT IS SO ORDERED**.

Dated: April 30, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE